UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THERYN JONES,

                Movant,

       -against-

UNITED STATES OF AMERICA,

                Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

24-cv-4559 (LAK)

[17-cr-791 (LAK)]

*SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/24*

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The movant shall file any reply to the government's opposition to movant's motion no later than 30 days after the date on which the government's opposition is filed.

       SO ORDERED.

Dated:      June 18, 2024

                                                          _____
                                                          Lewis A. Kaplan
                                                    United States District Judge